UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Sommer S. Steward,**

    Petitioner,

    v.

**Warden, Dayton Correctional Institution,**

    Respondent.

Case No. 2:21-cv-5940

Judge Michael H. Watson

Magistrate Judge Deavers

## Order

This is a habeas corpus case. Petition, ECF No. 1. Magistrate Judge Deavers issued a Report and Recommendation ("R&R") recommending the Court dismiss Petitioner's fifth ground for relief (that her convictions were against the manifest weight of the evidence) because it is not a cognizable basis for habeas relief. R&R, ECF No. 3. The R&R also ordered Respondent to respond to Petitioner's four other grounds for relief. *Id.*

The R&R notified the parties of their right to object to the recommendations contained therein. *Id.* It specifically warned the parties that a failure to timely object would amount to a forfeiture of the right to de novo review by the Court as well as a forfeiture of the right to appeal the Court's decision adopting the R&R. *Id.*

The deadline for filing objections has passed, and none were filed. Accordingly, the Court **ADOPTS** the R&R without further review and **DISMISSES**

Petitioner's fifth ground for relief (manifest weight).  Respondent need not respond to that ground for relief.

**IT IS SO ORDERED.**

            ***/s/ Michael H. Watson***
            **MICHAEL H. WATSON, JUDGE**
            **UNITED STATES DISTRICT COURT**